# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY COOPER, SR., | CASE NO. CV F 12-0645 LJO SMS |
| Plaintiff, | **ORDER TO DENY RELIEF** (Doc. 5.) |
| vs. | |
| CITY/COUNTY OF FRESNO, | |
| Defendants. | |
| _____/ | |

On April 11, 2012, plaintiff Johnny D. Cooper, Sr. ("Mr. Cooper") filed papers (doc. 5.) to appear to challenge this Court's remand of this action. Mr. Cooper seeks inappropriate relief which this Court is unable to grant. As such, this Court DENIES Mr. Cooper relief requested in his papers (doc. 5). Mr. Cooper has noted in the record his positions regarding remand and related matters, and this Court need comment no further on such issues.

IT IS SO ORDERED.

**Dated:   May 21, 2012**                              /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1