# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY D. COOPER, SR., | CASE NO. 1:12-cv-00645-LJO-SMS |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO SET ASIDE DISMISSAL AND REOPEN CASE PURSUANT TO F.R.CIV.P. 60(B) |
| CITY/COUNTY OF FRESNO, | |
| Defendant. | (Doc. 7) |

Refusing to acknowledge this Court's two prior orders declaring its lack of jurisdiction over this matter, Plaintiff tries yet again to obtain relief this Court is not able to grant. This time Plaintiff moves to set aside the judgment of dismissal pursuant to F.R.Civ.P. 60(b), which allows a court to set aside a judgment under multiple conditions, none of which is applicable here.

As Plaintiff himself has said, in pertinent part, "I filed an appeal with the United States District Court of Appeals in Fresno County . . . ." Doc. 5 at 1. The United States District Court for the Eastern District of California does not have jurisdiction over appeals from state court actions. This means that this Court cannot reopen this case under any circumstances.

Plaintiff's motion to set aside the prior dismissal and reopen this case is hereby DENIED.

IT IS SO ORDERED.

**Dated: June 19, 2012**     /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE

1